IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01573-PSF-CBS

STERLING CONSULTING CORPORATION, a Colorado corporation,

    Plaintiff,

v.

CREDIT MANAGERS ASSOCIATION OF CALIFORNIA,
d/b/a/ CMA BUSINESS CREDIT SERVICES, a California nonprofit corporation;
INDIAN MOTORCYCLE COMPANY, a Delaware corporation;
IMCOA LICENSING AMERICA, INC., a Delaware corporation;
IMCOA HOLDINGS AMERICA, INC., a Delaware corporation,
AUDAX PRIVATE EQUITY FUND LLP as agent fo itself and for AUDAX CO-INVEST, L.P., AUDAX SPECIAL PURPOSE CO-INVEST, L.P., AUDAX TRUST CO-INVEST, L.P.,

    Defendants.

## ORDER ON NOTICE OF DISPUTE AND REQUEST FOR RESOLUTION OF DISPUTE BY MAGISTRATE JUDGE

This matter comes before the Court pursuant to two filings made by Defendant Credit Managers Association of California, one on November 10, 2005 captioned Notice of Dispute and Request for Resolution of Dispute by Magistrate Judge (Dkt. # 33) and one on November 15, 2005 captioned Motion for Order for Resolution of Dispute by Magistrate Judge (Dkt. # 35). The Court has reviewed both filings and their contents appear to be identical.

To the extent these filings purport to represent consents for this case to proceed before a Magistrate Judge pursuant to D.C.COLO.LCivR 72.2 D, the determination of whether these filings comply with that rule, or whether other filings are necessary, is left

to the Magistrate Judge assigned to this case. Accordingly, the undersigned makes no rulings on these filings and their subject matter may be addressed at the November 28, 2005 scheduling conference with the Magistrate Judge.

Dated: November 17, 2005

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge