IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01573-PSF-CBS

STERLING CONSULTING CORPORATION, a Colorado corporation,

    Plaintiff,

v.

CREDIT MANAGERS ASSOCIATION OF CALIFORNIA,
d/b/a/ CMA BUSINESS CREDIT SERVICES, a California nonprofit corporation;
INDIAN MOTORCYCLE COMPANY, a Delaware corporation;
IMCOA LICENSING AMERICA, INC., a Delaware corporation;
IMCOA HOLDINGS AMERICA, INC., a Delaware corporation,
AUDAX PRIVATE EQUITY FUND LLP as agent fo itself and for AUDAX CO-INVEST, L.P., AUDAX SPECIAL PURPOSE CO-INVEST, L.P., AUDAX TRUST CO-INVEST, L.P.,

    Defendants.

---

## ORDER PURSUANT TO STATUS REPORT OF DECEMBER 9, 2005 AND REFERRAL TO MAGISTRATE JUDGE

---

This matter comes before the Court pursuant to a filing made by Defendant Audax Private Equity Fund, L.P. ("Audax") on December 9, 2005 (Dkt. # 42) captioned Status Report. Upon review of the filing, it appears to contain a motion to lift the stay entered by Magistrate Judge Shaffer on November 28, 2005. As the matter involves an order entered by the Magistrate Judge, the request contained in the status report is referred to the Magistrate Judge.

DATED: December 19, 2005        BY THE COURT:

                                                  *s/ Phillip S. Figa*
                                                  _____
                                                  Phillip S. Figa
                                                  United States District Judge