IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01573-PSF-CBS

STERLING CONSULTING CORPORATION, a Colorado corporation,
    Plaintiff,
v.

CREDIT MANAGERS ASSOCIATION OF CALIFORNIA, d/b/a/ CMA BUSINESS
CREDIT SERVICES, a California nonprofit corporation;
INDIAN MOTORCYCLE COMPANY, a Delaware corporation;
IMCOA LICENSING AMERICA, INC., a Delaware corporation;
IMCOA HOLDINGS AMERICA, INC., a Delaware corporation;
AUDAX PRIVATE EQUITY FUND LLP as agent for itself and for AUDAX COINVEST, L.P.;
AUDAX SPECIAL PURPOSE COINVEST, L.P.; and
AUDAX TRUST COINVEST, L.P.,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on "Defendant Audax Private Equity Fund, L.P.'s: (1) Motion for Leave to File a Sur-Reply to Sterling's Reply in Support of its Motion to Consolidate; and (2) [Proposed] Sur-Reply . . . " (filed January 24, 2006) (docs. # 54-1 and # 54-2).  Pursuant to the Order of Reference dated August 17, 2005 (doc. # 5) and the memorandum dated May 3, 2006) (doc. # 75), this matter was referred to the Magistrate Judge.  No opposition to the Motion has been filed with the court.  On May 15, 2006, District Judge Blackburn denied consolidation of this civil action with Civil Action No. 95-cv-00777-REB-CBS.  (*See* doc. # 2267 in Civil Action No. 95-cv-00777-REB-CBS).  The court having reviewed the pending matter and the

1

entire case file and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    "Defendant Audax Private Equity Fund, L.P.'s: (1) Motion for Leave to File a Sur-Reply to Sterling's Reply in Support of its Motion to Consolidate; and (2) [Proposed] Sur-Reply . . . " (filed January 24, 2006) (doc. # 54-1) is GRANTED.

    2.    Defendant Audax Private Equity Fund, L.P.'s [Proposed] Sur-Reply (doc. # 54-2) is accepted for filing *nunc pro tunc* January 25, 2006.

Dated at Denver, Colorado this 7th day of June, 2006.

BY THE COURT

/s/   Craig B. Shaffer

United States Magistrate Judge