IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01573-PSF-CBS

STERLING CONSULTING CORPORATION, a Colorado corporation,

    Plaintiff,

v.

CREDIT MANAGERS ASSOCIATION OF CALIFORNIA,
d/b/a/ CMA BUSINESS CREDIT SERVICES, a California nonprofit corporation;
INDIAN MOTORCYCLE COMPANY, a Delaware corporation;
IMCOA LICENSING AMERICA, INC., a Delaware corporation;
IMCOA HOLDINGS AMERICA, INC., a Delaware corporation,
AUDAX PRIVATE EQUITY FUND LLP, as agent for itself and for AUDAX CO-INVEST, L.P., AUDAX SPECIAL PURPOSE CO-INVEST, L.P., AUDAX TRUST CO-INVEST, L.P.,

    Defendants.

## ORDER GRANTING MOTION TO DISMISS PARTY

This matter is before the Court on Plaintiff's Notice of Withdrawal of First Amended Complaint (Dkt. # 81) and Motion for Dismissal of Claims Against Audax (Dkt. # 83). The Court having considered these documents and being fully advised, hereby GRANTS the motion for dismissal. It is hereby

ORDERED that all of plaintiffs' claims against Defendant Audax Private Equity Fund LLP, for itself or as agent for Audax Co-Invest, L.P., Audax Special Purpose Co-Invest, L.P., and Audax Trust Co-Invest, L.P., are DISMISSED WITHOUT PREJUDICE, each party to bear its own costs of this action.

IT IS FURTHER ORDERED that Defendant Audax's Motion to Dismiss (Dkt. # 31) is hereby DISMISSED as moot.

IT IS FURTHER ORDERED that the caption of subsequent filings in this matter will be changed to reflect the removal of Defendant Audax Private Equity Fund LLP as a defendant in this matter.

IT IS FURTHER ORDERED that further motions in this matter which are unaccompanied by a proposed order <u>filed in pdf format with the Court Clerk **as well as in chambers**</u> in the proper format will be denied without prejudice. The parties are DIRECTED to D.C.COLO.LCivR 5.6(A) regarding compliance with "Electronic Case Filing Procedures for the District of Colorado," which sets forth at Section V.L. 1 and 2 the requirements for submitting proposed orders.

DATED: July 11, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge