IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01573-PSF-CBS

STERLING CONSULTING CORPORATION, a Colorado corporation,
      Plaintiff,
v.

CREDIT MANAGERS ASSOCIATION OF CALIFORNIA, d/b/a/ CMA BUSINESS
CREDIT SERVICES, a California nonprofit corporation;
INDIAN MOTORCYCLE COMPANY, a Delaware corporation;
IMCOA LICENSING AMERICA, INC., a Delaware corporation; and
IMCOA HOLDINGS AMERICA, INC., a Delaware corporation,
      Defendants.

ORDER STRIKING FIRST AMENDED COMPLAINT

Magistrate Judge Craig B. Shaffer

This civil action came before the court on July 11, 2006 for a Motions Hearing and Status Conference.  On February 13, 2006, Plaintiff filed a First Amended Complaint that it characterized as "provisional."  (*See, e.g.*, "Receiver's Response to Audax's Motion for Reconsideration and Motion for clarification" (filed February 27, 2006) (doc. # 68) at ¶ 8).  The court does not recognize a "provisional" complaint.  At the July 11, 2006 hearing, Plaintiff indicated its intention to proceed on the original "Complaint for Declaratory Judgment."  Defendants have answered the original Complaint.  (*See* doc. # 32).  Accordingly, with the agreement of the parties,

IT IS ORDERED that the First Amended Complaint (filed February 13, 2006) (doc. # 59) is STRICKEN.  This civil action will proceed on the original "Complaint for Declaratory Judgment" (filed August 16, 2005) (doc. # 3).

1

Dated at Denver, Colorado this 11th day of July, 2006.

BY THE COURT

*s/Craig B. Shaffer*
United States Magistrate Judge